UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                      CASE NO: 6:23-mj-1837-EJK

**WILLIAM BIERBRODT**

AUSA: Matthew Del Mastro

Defense Attorney: Todd Doss, Federal Public Defender

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **July 26, 2023**<br>1:37 P.M.-2:00 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 23 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Ebonie S. Henderson-Larrame |

**CLERK'S MINUTES**
**INITIAL APPEARANCE (RULE 5C)**

Case called, appearances made, procedural setting by the Court.
Court advises defendant of his rights, including Rule 20 rights.
Court inquires of the defendant-No issue as to competency.
Government advises defendant of the counts in the Complaint and potential penalties.
Defendant oral motion for court appointed counsel- Granted-Court appoints FPD for proceedings in the MDFL.
Defendant waives Rule 5 & 5.1 hearings.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Government motion for release- Motion granted- Order to be entered.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court orders transfer of the case to the District of Columbia for further proceedings.
Court adjourned.